**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARIA E. WILSEY,

        Plaintiff,

  v.

DONALD L. EVANS, Secretary of the
United States Department of Commerce,

        Defendant.
_____/

No. C 04-02285 CRB

**ORDER**

      The Court is in receipt of a "stipulation" amending the briefing schedule on
defendant's motion for summary judgment and continuing the hearing date.  Plaintiff has a
motion to compel pending with the Magistrate Judge, and contends she therefore needs more
time to respond to defendant's motion.  Defendant did not sign the stipulation; however, it
appears from the email attachments to plaintiff's filing that defendant does not oppose a
continuance.  Accordingly, the parties are ordered to meet and confer and by January 27,
2006 submit a stipulation on a briefing and hearing schedule for defendant's motion for
summary judgment.

      **IT IS SO ORDERED.**

Dated: January 20, 2006

                              _____
                              CHARLES  R. BREYER
                              UNITED STATES DISTRICT JUDGE

G:\CRBALL\2004\2285\orderrecontinuance.wpd

**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

G:\CRBALL\2004\2285\orderrecontinuance.wpd                2