KEVIN V. RYAN (SBN 118321)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
ABRAHAM A. SIMMONS (SBN 146400)
Assistant United States Attorney

450 Golden Gate Avenue, 10th Floor
San Francisco, California 94102-3495
Telephone: (415) 436-7264
Facsimile: (415) 436-6748
Email: abraham.simmons@usdoj.gov

Attorneys for Federal Defendant

FILED
JAN 3 0 2006
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA E. WILSEY,<br><br>    Plaintiff,<br><br>    v.<br><br>DONALD L. EVANS, Secretary, U.S.<br>Department of Commerce,<br><br>    Defendant. | No. C 04-2285 CRB<br><br>STIPULATION AND [PROPOSED]<br>ORDER AUGMENTING BRIEFING<br>SCHEDULE AND HEARING DATE<br>ON MOTIONS FOR SUMMARY<br>JUDGMENT |

Pursuant to this Court's order dated January 20, 2006, the parties stipulate and agree to the following schedule for filing cross-motions for summary judgment:

(1)   Cross-motions shall be filed on or before June 2, 2006 for hearing July 7, 2006.

(2)   Opposition briefs shall be filed on or before June 16, 2006.

(3)   Reply briefs shall be filed on or before June 23, 2006.

Respectfully submitted,

MARIA WILSEY                             KEVIN V. RYAN
                                         United States Attorney

Dated: January 27, 2006   Unavailable for signature
                          but authorized telephonically

Plaintiff                                ABRAHAM A. SIMMONS
                                         Assistant United States Attorney

IT IS SO ORDERED.

UNITED STATED DISTRICT JUDGE