IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA E. WILSEY,<br><br>    Plaintiff,<br><br>  v.<br><br>DONALD L. EVANS, Secretary, United States Department of Commerce,<br><br>    Defendant. | No. C 04-02285 CRB<br><br>**ORDER** |

    Now pending before the Court are the parties' cross-motions for summary judgment. Portions of the transcript of the February 2004 administrative hearing are attached to the Declaration of Counsel In Support of Summary Judgment, Exhibit 2.  Defendant is directed to file with the Court the entire administrative hearing transcript on or before Tuesday, August 1, 2006.

    **IT IS SO ORDERED.**

Dated: July 26, 2006

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2004\2285\order admin transcript.wpd

**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

G:\CRBALL\2004\2285\order admin transcript.wpd             2