**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARIA E. WILSEY,

      Plaintiff,

  v.

DONALD L. EVANS, Secretary, United
States Department of Commerce,

      Defendant.

_____/

No. C 04-02285 CRB

**ORDER**

     Now pending before the Court is a submission from plaintiff, styled as a Stipulation
and [Proposed] Order, requesting an extension of time to file a Reply brief and, accordingly,
continuing the date for oral argument.  While the Court recognizes that plaintiff's request has
not been signed by defense counsel, and therefore is not a stipulation, plaintiff's request is
nonetheless GRANTED.  Plaintiff shall file a Reply brief no later than August 18, 2006, and
the Court will hear oral argument on September 8, 2006, at 10:00 a.m.  Plaintiff's further
motion regarding defendant's Opposition is hereby DENIED.

     **IT IS SO ORDERED.**

Dated: August 1, 2006

                                 CHARLES R. BREYER
                                 UNITED STATES DISTRICT JUDGE

G:\CRBALL\2004\2285\orderrecontinuance2.wpd

**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

G:\CRBALL\2004\2285\orderrecontinuance2.wpd

2